**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Medica Health Plans, a Minnesota nonprofit
corporation,                                                                  Civil No. 08-229 (RHK/JSM)

                          Plaintiff,                                                      **ORDER**

v.

iMedica Corporation, a California
corporation,

                          Defendant.

---

        The above-entitled matter has been assigned to the undersigned, a Judge of the

above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses

himself from hearing this matter.  Accordingly,

        **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases

Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk

of Court for reassignment.

        **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the

above-captioned case.


Dated: February 11, 2008

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge